Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Takari Elliott                    **Case Number:** 0101 1:17CR10023

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** May 15, 2017

**Date of Revocation:** July 20, 2020

**Original Offense:** NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE 21:841A=ND.FNARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE 21:841A=NP.F

**Original Sentence:** 30 Months of custody followed by 36 Month of supervised release

**Revocation Sentence:** 82 days served with an additional 3 months of custody

**Type of Supervision:** Term of Supervised Release       **Date Supervision Commenced:** October 02, 2020

## PETITIONING THE COURT

[ ] To extend the term of supervision for   years, for a total term of   years
[X] To modify the conditions of supervision as follows:

**The defendant is to participate in mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.**

## CAUSE

On 11/05/20, the probation officer conducted a home contact with Mr. Elliot. During the home contact, Mr. Elliot disclosed that his friend died and has been having a difficult time coping with the loss. The probation officer asked Mr. Elliot if he was interested in engaging in mental health services and he reported that he would be. Mr. Elliot recently tested positive for cocaine on 11/05/20 as well. The probation officer believes that allowing Mr. Elliot to engage in mental health services will benefit him to learn new ways to cope with difficult circumstances and make positive changes to his lifestyle.

Reviewed/Approved by:                                   Respectfully submitted,

*/s/ Basil F Cronin*                                    */s/ Charnee Alkins*
Basil F Cronin                                          by Charnee Alkins
Supervisory U.S. Probation Officer                      U.S. Probation Officer
                                                        Date:        11/30/2020

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above

*Indira Talwani*
U.S. D.J.

12/2/2020